[No. 944-1.    Division One—Panel 2.    October 2, 1972.]

FRED E. KJELLMAN, *Appellant*, v. WENDELL K. RICHARDS *et al.*, *Respondents.*

HAROLD DIGRE *et al.*, *Appellants*, v. WENDELL K. RICHARDS *et al.*, *Respondents.*

Appeal from judgments of the Superior Court for King County, Nos. 700824, 701956, Frank H. Roberts, Jr., J., entered December 18, 1970 and January 11, 1971. *Affirmed* by unpublished opinion per James, J., concurred in by Farris, A.C.J., and Swanson, J.

[No. 529-2.    Division Two.    October 4, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY E. WHITTLESEY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 55956, Oluf Johnsen, J., entered May 24, 1971. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Petrie, C.J., and Pearson, J.

[No. 624-2.    Division Two.    October 6, 1972.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY C. HIGH, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 56411, Jay W. Hamilton, J., entered August 3, 1971. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Petrie, C.J., and Armstrong, J.

[No. 1019-1.    Division One—Panel 1.    October 16, 1972.]

PATRICIA DYE BURKE, *Respondent*, v. FOREST WILLIAM BURKE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 580937, Frank H. Roberts, Jr., J., entered November 25, 1970. *Affirmed* by unpublished opinion per Horowitz, C.J., concurred in by Williams and Callow, JJ.